# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ALISTER COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-01489-LSC-SGC |
| ) | |
| LIEUTENANT RONALD CARTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on May 8, 2017, recommending the defendant's motion for summary judgment be denied and that this matter be referred to the magistrate judge for further proceedings. (Doc. 40). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment is **DENIED**, and this matter is **REFERRED** to the magistrate judge for further proceedings.

---

[1] The plaintiff filed a notice stating he had "no objections to the recommendation of the court." (Doc. 41).

**DONE** AND **ORDERED** ON JUNE 15, 2017.

                                       L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE

160704